UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIO NORIEGA, JUANA NORIEGA, and KAREN NORIEGA, | Civil Action No. 06-cv-1073 (PGS) |
| Plaintiffs, | **ORDER** |
| v. | |
| ALBERTO GONZALES, Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ANDREA QUARANTILLO, District Director, Newark District of the United States Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' motion for summary judgment. The Court held an informal status and settlement conference on September 3, 2008, and for good cause having been shown,

IT IS on this 4th day of September, 2008;

**ORDERED** that the Government's brief in this matter be submitted by October 1, 2008; it is further

**ORDERED** that the Plaintiffs' reply brief be submitted by October 15, 2008; it is further

**ORDERED** that a hearing on the pending motion for summary judgment will hereby be held on October 23, 2008.

September 4, 2008

PETER G. SHERIDAN, U.S.D.J.