THOMAS E. MOSELEY
Attorney at Law
One Gateway Center—Suite 2600
Newark, New Jersey 07102
Telephone:   (973)—622-8176
Fax:         (973)-645-9493
Email: moselaw@ix.netcom.com
October 14, 2008

VIA ELECTRONIC FILING

Honorable Peter G. Sheridan
United States District Judge
United States District Court
M.L.K. Courthouse and Federal Building
50 Walnut Street
Newark, New Jersey 07102

*So Ordered*
*Peter [signature]*
*10/14/08*

Re: Noriega v. Gonzales, Civil Action No. 06-1073 (PGS)

Dear Judge Sheridan:

With the consent of the government, plaintiffs would like to request an extension until October 29, 2008 to submit their opposition and cross motion in this matter due to unforeseen developments and to reset the return date. Thus counsel's one associate has recently been diagnosed with lymphoma and has had to take many days out of the office for consultation, biopsy, and review of treatment options, with counsel required to undertake matters for which she had been responsible.

Today I contacted my adversary Assistant United States Attorney Dan Gibbons who consented to this request and who advised me that the reset for the motion on ECF was an automatic computer reset.

Respectfully submitted,

*/s/Thomas E. Moseley*

Thomas E. Moseley

cc:   AUSA Dan Gibbons (BY ECF)