THOMAS E. MOSELEY
Attorney at Law
One Gateway Center—Suite 2600
Newark, New Jersey 07102
Telephone:   (973)—622-8176
Fax:              (973)-645-9493
Email: moselaw@ix.netcom.com

November 18, 2008

VIA ELECTRONIC FILING

Honorable Peter G. Sheridan
United States District Judge
United States District Court
M.L.K. Courthouse and Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: Noriega v. Gonzales, Civil Action No. 06-1073 (PGS)

Dear Judge Sheridan:

With the consent of the government, I am forced to request until Novmeber 19, 2008 to submit plaintiff's motion papers and as explained below could not make this request until now. Yesterday I had to take my wife in for emergency care because, as we have now learned, she developed a clot from her surgery that may have gone to her lungs and which required her hospitalization yesterday under the care of Dr. David Steiger, thus preventing me from completing our papers then as I had intended..

Assistant United States Attorney Dan Gibbons has consented.

Respectfully submitted,
*/s/Thomas E. Moseley*
Thomas E. Moseley

cc:   AUSA Dan Gibbons (BY ECF)

SO ORDERED: [signature]
DATED: 11/18/08